CO-386-online
10/03

# United States District Court
# For the District of Columbia

Arizona Mining Association )
)
)
)
vs    Plaintiff )    Civil Action No._____
)
Stephen L. Johnson )
)
)
Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  Arizona Mining Association  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Arizona Mining Association  which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

332338
BAR IDENTIFICATION NO.

Thomas Sayre Llewellyn
Print Name

5125 MacArthur Blvd., NW  Suite 32-A
Address

Washington, DC          20016
City            State          Zip Code

202-237-7291
Phone Number