CO-386-online
10/03

# United States District Court
# For the District of Columbia

Arizona Mining Association )
)
)
)
)
vs    Plaintiff  )    Civil Action No._____
)
Stephen L. Johnson )
)
)
Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __New Mexico Mining Association__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __New Mexico Mining Association__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

__332338__
BAR IDENTIFICATION NO.

__Thomas Sayre Llewellyn__
Print Name

__5125 MacArthur Blvd., NW  Suite 32-A__
Address

__Washington, DC__     __20016__
City    State    Zip Code

__202-237-7291__
Phone Number