## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARIZONA MINING ASSOCIATION<br>5150 North 16th Street  Suite B-134<br>Phoenix, AZ  85016<br><br>NEW MEXICO MINING ASSOCIATION<br>1470 Saint Francis Drive<br>Santa Fe, NM  87505<br><br>    and<br><br>PHELPS DODGE BAGDAD, INC.<br>1 Main Street<br>Bagdad, AZ  86321<br><br>                                 Plaintiffs,<br><br>          v.<br><br>STEPHEN L. JOHNSON<br>Administrator<br>United States Environmental Protection Agency<br>Ariel Rios Building<br>1200 Pennsylvania Avenue, NW<br>Mail Code 1101A<br>Washington, DC  20460<br><br>    and<br><br>UNITED STATES ENVIRONMENTAL<br>PROTECTION AGENCY<br>Ariel Rios Building<br>1200 Pennsylvania Avenue, NW<br>Washington, DC  20460,<br><br>                              Defendants. | Civil Action No. 07-01054 - RBW |

### PROOF OF SERVICE
### OF SUMMONS AND COMPLAINT AND ACCOMPANYING PAPERS

On June 14, 2007, in accordance with Fed. R. Civ. P. 4(i), I served the Summons and

Complaint in this action, together with the Certificate Rule LCvR 7.1 for each of the three

Plaintiffs, the Court's Notice Of Right To Consent To Trial Before United States Magistrate

Judge, and the Court's Initial Electronic Case Filing Order, upon both Defendants, by sending an

original Summons and copies of the Complaint and other listed papers, by certified mail, to each

of the following:

The Honorable Alberto R. Gonzales
Attorney General
950 Pennsylvania Ave., NW
Washington, DC  20530-0001

(Certified Mail Receipt No. 7006 3450 0002 9750 6112)


Civil Process Clerk
U.S. Attorney
555 Fourth Street, NW
Washington, DC  20530

(Certified Mail Receipt No. 7006 3450 0002 9750 6136)


Stephen L. Johnson, Administrator
United States Environmental Protection Agency
1200 Pennsylvania Ave., NW  (1101A)
Washington, DC 20460

(Certified Mail Receipt No. 7006 3450 0002 9750 6150)


Roger R. Martella, Jr., General Counsel
United States Environmental Protection Agency
1200 Pennsylvania Ave., NW  (2310A)
Washington, DC  20460

(Certified Mail Receipt No. 7006 3450 0002 9750 6105)

Exhibit 1 hereto shows copies of the Certified Mail Receipts.  Exhibit 2 consists of

confirmations of delivery obtained from the United States Postal Service on its website

(www.usps.com) by entering the receipt number of each of the Certified Mail Receipts.  Exhibit

2 confirms that each of the Defendants received delivery of the Summons and Complaint and

accompanying papers, described above, on June 18, 2007.


I certify under penalty of perjury that the foregoing is true and correct.  Executed on

June 26, 2007 .



Thomas Sayre Llewellyn (D.C. Bar No. 332338)
LAW OFFICE OF
THOMAS SAYRE LLEWELLYN
5125 MacArthur Boulevard, NW  Suite 32-A
Washington, DC  20016
(202) 237-7291 (telephone)
(202) 237-7884) (facsimile)

**Exhibit 1**

To

PROOF OF SERVICE
OF SUMMONS AND COMPLAINT AND ACCOMPANYING PAPERS

Civil Action No. 07-01054 - RBW



**Receipt 1 (top left)**

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only, No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

WASHINGTON DC 20530

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | $1.48 | 0260 |
| Restricted Delivery Fee (Endorsement Required) | $2.65 | 22 |
| Total Postage & Fees | $ $0.00 |

Postmark Here

Sent To: The Hon. Alberto R. Gonzales, Attorney General
Street, Apt. No.; or PO Box No. 950 Pennsylvania Ave, NW
City, State, ZIP+4 Washington, DC 20530-0001

PS Form 3800, August 2006

7006 3450 0002 9750 6112

---

**Receipt 2 (top right)**

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only, No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

WASHINGTON DC 20460

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ $1.48 | 0260 |
| Certified Fee | $2.65 | 22 |
| Return Receipt Fee (Endorsement Required) | $0.00 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $4.13 | 06/14/2007 |

Postmark Here

Sent To: Stephen L. Johnson, Administrator U.S. E.P.A.
Street, Apt. No.; or PO Box No. 1200 Pennsylvania Ave., NW (1101A)
City, State, ZIP+4 Washington DC 20460

PS Form 3800, August 2006

7006 3450 0002 9750 6150

---

**Receipt 3 (bottom left)**

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only, No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) WASHINGTON DC 20530 | $1.48 | 0260 |
| Total Postage & Fees | $ $2.65 | 22 |

Postmark Here

Sent To: Civil Process Clerk, U.S. Attorney
Street, Apt. No.; or PO Box No. 555 Fourth Street, NW
City, State, ZIP+4 Washington, DC 20530

PS Form 3800, August 2006

7006 3450 0002 9750 6136

---

**Receipt 4 (bottom right)**

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only, No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

WASHINGTON DC 20460

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ $1.48 | 0260 |
| Certified Fee | $2.65 | 22 |
| Return Receipt Fee (Endorsement Required) | $0.00 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $4.13 | 06/14/2007 |

Postmark Here

Sent To: Roger R. Martella, Jr. General Counsel U.S. E.P.A.
Street, Apt. No.; or PO Box No. 1200 Pennsylvania Ave, NW (2310A)
City, State, ZIP+4 Washington, DC 20460

PS Form 3800, August 2006

7006 3450 0002 9750 6105

**Exhibit 2**

To

PROOF OF SERVICE
OF SUMMONS AND COMPLAINT AND ACCOMPANYING PAPERS

Civil Action No. 07-01054 - RBW


**UNITED STATES POSTAL SERVICE®**

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 3450 0002 9750 6112**
Status: **Delivered**

Your item was delivered at 4:56 AM on June 18, 2007 in WASHINGTON, DC 20530.

( Additional Details > )   ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

(

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )

---

**POSTAL INSPECTORS**
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy


**UNITED STATES**
**POSTAL SERVICE**⊕

**Track & Confirm**

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 3450 0002 9750 6136**
Status: **Delivered**

Your item was delivered at 4:56 AM on June 18, 2007 in WASHINGTON, DC 20530.

( Additional Details > ) ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.



## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )

POSTAL INSPECTORS    site map    contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



**UNITED STATES POSTAL SERVICE®**

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 3450 0002 9750 6150**
Status: **Delivered**

Your item was delivered at 7:13 AM on June 18, 2007 in WASHINGTON, DC 20460.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )

---

POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

 **UNITED STATES POSTAL SERVICE**®

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 3450 0002 9750 6105**
Status: **Delivered**

Your item was delivered at 7:13 AM on June 18, 2007 in WASHINGTON,
DC 20460.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.



## Notification Options

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email. ( Go > )

**POSTAL INSPECTORS**
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy