IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARIZONA MINING ASSOCIATION <br> 5150 North 16th Street Suite B-134 <br> Phoenix, AZ 85016 <br><br> NEW MEXICO MINING ASSOCIATION <br> 1470 Saint Francis Drive <br> Santa Fe, NM 87505 <br><br> and <br><br> PHELPS DODGE BAGDAD, INC. <br> 1 Main Street <br> Bagdad, AZ 86321 <br><br> Plaintiffs, <br><br> v. <br><br> STEPHEN L. JOHNSON <br> Administrator <br> United States Environmental Protection Agency <br> Ariel Rios Building <br> 1200 Pennsylvania Avenue, NW <br> Mail Code 1101A <br> Washington, DC 20460 <br><br> and <br><br> UNITED STATES ENVIRONMENTAL <br> PROTECTION AGENCY <br> Ariel Rios Building <br> 1200 Pennsylvania Avenue, NW <br> Washington, DC 20460, <br><br> Defendants. | Civil Action No. 07-01054 - RBW |

**PROOF OF SERVICE**
**OF SUMMONS AND COMPLAINT AND ACCOMPANYING PAPERS**

On June 14, 2007, in accordance with Fed. R. Civ. P. 4(i), I served the Summons and Complaint in this action, together with the Certificate Rule LCvR 7.1 for each of the three Plaintiffs, the Court's Notice Of Right To Consent To Trial Before United States Magistrate Judge, and the Court's Initial Electronic Case Filing Order, upon both Defendants, by sending an original Summons and copies of the Complaint and other listed papers, by certified mail, to each of the following:

The Honorable Alberto R. Gonzales
Attorney General
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

(Certified Mail Receipt No. 7006 3450 0002 9750 6112)

Civil Process Clerk
U.S. Attorney
555 Fourth Street, NW
Washington, DC 20530

(Certified Mail Receipt No. 7006 3450 0002 9750 6136)

Stephen L. Johnson, Administrator
United States Environmental Protection Agency
1200 Pennsylvania Ave., NW (1101A)
Washington, DC 20460

(Certified Mail Receipt No. 7006 3450 0002 9750 6150)

Roger R. Martella, Jr., General Counsel
United States Environmental Protection Agency
1200 Pennsylvania Ave., NW (2310A)
Washington, DC 20460

(Certified Mail Receipt No. 7006 3450 0002 9750 6105)

Exhibit 1 hereto shows copies of the Certified Mail Receipts. Exhibit 2 consists of confirmations of delivery obtained from the United States Postal Service on its website (www.usps.com) by entering the receipt number of each of the Certified Mail Receipts. Exhibit 2 confirms that each of the Defendants received delivery of the Summons and Complaint and accompanying papers, described above, on June 18, 2007.

I certify under penalty of perjury that the foregoing is true and correct. Executed on June 26, 2007.

Thomas Sayre Llewellyn (D.C. Bar No. 332338)
LAW OFFICE OF
THOMAS SAYRE LLEWELLYN
5125 MacArthur Boulevard, NW  Suite 32-A
Washington, DC  20016
(202) 237-7291 (telephone)
(202) 237-7884) (facsimile)

**Exhibit 1**

To

PROOF OF SERVICE
OF SUMMONS AND COMPLAINT AND ACCOMPANYING PAPERS

Civil Action No. 07-01054 - RBW



**Exhibit 2**

To

PROOF OF SERVICE
OF SUMMONS AND COMPLAINT AND ACCOMPANYING PAPERS

Civil Action No. 07-01054 - RBW



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 3450 0002 9750 6112**
Status: **Delivered**

Your item was delivered at 4:56 AM on June 18, 2007 in WASHINGTON, DC 20530.

( Additional Details > ) ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

---

POSTAL INSPECTORS          site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust                   Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 3450 0002 9750 6136**
Status: **Delivered**

Your item was delivered at 4:56 AM on June 18, 2007 in WASHINGTON, DC 20530.

(Additional Details >) (Return to USPS.com Home >)

**Track & Confirm**

Enter Label/Receipt Number.



## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. (Go >)

---


POSTAL INSPECTORS
Preserving the Trust

site map    contact us    government services    jobs    **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                       6/25/2007



Home | Help

**Track & Confirm**

## Track & Confirm

### Search Results

Label/Receipt Number: **7006 3450 0002 9750 6150**
Status: **Delivered**

Your item was delivered at 7:13 AM on June 18, 2007 in WASHINGTON, DC 20460.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 3450 0002 9750 6105**
Status: **Delivered**

Your item was delivered at 7:13 AM on June 18, 2007 in WASHINGTON, DC 20460.

( **Additional Details >** )   ( **Return to USPS.com Home >** )

**Track & Confirm**

Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( **Go >** )



POSTAL INSPECTORS   site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust           Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                                         6/25/2007