UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ARIZONA MINING ASSOCIATION**<br>5150 North 16th Street, Ste. B-134<br>Phoenix, AZ 85016<br><br>**NEW MEXICO MINING ASSOC.**<br>1470 Saint Francis Drive<br>Santa Fe, NM 87505<br><br>and<br><br>**PHELPS DODGE BAGDAD, INC.**<br>1 Main Street<br>Bagdad, AZ 86321<br>　　　　　　　　　Plaintiffs,<br>　　　　v.<br><br>**STEPHEN L. JOHNSON,**<br>Administrator,<br>U.S. Environmental Protection Agency,<br>Ariel Rios Building<br>1200 Pennsylvania Avenue, N.W.<br>Mail Code 1101A<br>Washington, D.C. 20460,<br>　　　　　　　　　Defendant. | Civil Action No. 07-1054 (RBW) |

## **PRAECIPE**

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Peter S. Smith as counsel for the defendant in the above-captioned case.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　s/ Peter Smith
　　　　　　　　　　　　　　　　　　　‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
　　　　　　　　　　　　　　　　　　　PETER SMITH, D.C. Bar #465131
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　United States Attorney's Office
　　　　　　　　　　　　　　　　　　　Civil Division
　　　　　　　　　　　　　　　　　　　555 4th Street, N.W.
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　　(202) 307-0372