## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ARIZONA MINING ASSOCIATION,<br>NEW MEXICO MINING ASSOCIATION,<br>and PHELPS DODGE BAGDAD, INC.<br><br>　　　　Plaintiffs,<br><br>　　　　　　v.<br><br>STEPHEN L. JOHNSON, Administrator,<br>United States Environmental Protection Agency,<br>and UNITED STATES ENVIRONMENTAL<br>PROTECTION AGENCY,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civ. No. 1:07-cv-01054 (RBW)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ENTRY OF APPEARANCE

**TO THE CLERK:**

Please enter the appearance of Jessica O'Donnell, D.C. Bar No. 473166, as counsel of record in the above-captioned case on behalf of Defendants Stephen L. Johnson, Administrator, United States Environmental Protection Agency, and the United States Environmental Protection Agency.

The following is the correct address of Defendant's counsel for first class mail:

> United States Department of Justice
> Environment & Natural Resources Division
> Environmental Defense Section
> P.O. Box 23986
> Washington D.C.  20026-3986

The following is the correct address for overnight mail delivery:

> United States Department of Justice
> Environment & Natural Resources Division
> Environmental Defense Section
> 601 D Street, N.W., Suite 8000
> Washington D.C. 20004

        Respectfully submitted,

        RONALD J. TENPAS
        Acting Assistant Attorney General
        Environment and Natural Resources Division

          s/ *Jessica O'Donnell*

| OF COUNSEL: | JESSICA O'DONNELL  (D.C. Bar #473166) |
|---|---|
| Andrea Medici | Environmental Defense Section |
| Office of General Counsel | U.S. Department of Justice |
| United States Environmental Protection Agency | P.O. Box 23986 |
| | Washington, D.C. 20026-3986 |
| Ariel Rios Building | Telephone: (202) 305-0851 |
| 1200 Pennsylvania Avenue, N.W. | E-mail: jessica.odonnell@usdoj.gov |
| Washington, D.C. 20460 | |

Street address:
601 D Street, NW, Suite 8000
Washington, D.C. 20004

*Attorney for Defendant*

Dated: July 20, 2007