UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ARIZONA MINING ASSOCIATION, <br> NEW MEXICO MINING ASSOCIATION, <br> and PHELPS DODGE BAGDAD, INC. <br><br>     Plaintiffs, <br><br>     v. <br><br> STEPHEN L. JOHNSON, Administrator, <br> United States Environmental Protection Agency, <br> and UNITED STATES ENVIRONMENTAL <br> PROTECTION AGENCY, <br><br>     Defendants. | Civ. No. 1:07-cv-01054 (RBW) |

## CONSENT MOTION TO EXTEND TIME
## TO RESPOND TO THE COMPLAINT

Defendants Stephen L. Johnson, Administrator, and the United States Environmental Protection Agency ("EPA"), hereby move the court for a 30-day extension of time to respond to Plaintiffs' Complaint. Currently, a response is due on August 20, 2007, and Defendants ask this Court to grant an extension of time until September 19, 2007. Counsel for Defendants contacted counsel for Plaintiffs, who consented to this motion. In support of this motion, Defendants state as follows:

    1.    Plaintiffs filed their Complaint on June 14, 2007. The Complaint was served on the United States Attorney on June 19, 2007. Pursuant to Fed. R. Civ. P. 12(a)(3)(A), Defendants must serve a response to the Complaint by August 20, 2007.

    2.    Plaintiffs' Complaint challenges alleged actions by Defendants under the Emergency Planning and Community Right-to-Know Act, 42 U.S.C. § 11022.

    3.    Due to the complexity of the issues raised by the Complaint, the unexpected

absence of key counsel at EPA for personal reasons, and previously planned vacations of counsel at EPA and the Department of Justice, Defendants respectfully request an additional 30 days to respond to the Complaint.

4.  Granting this extension of time will not prejudice any party. Counsel for Defendants has conferred with counsel for Plaintiffs, who indicated that Plaintiffs consent to this extension of time.

WHEREFORE, Defendants respectfully move the Court to grant Defendants until September 19, 2007, to respond to the Complaint.

                                                  Respectfully submitted,

                                                  RONALD J. TENPAS
                                                  Acting Assistant Attorney General
                                                  Environment and Natural Resources Division

                                                  _s/ Jessica O'Donnell_
                                                  JESSICA O'DONNELL  (D.C. Bar #473166)

OF COUNSEL:  
Keith Matthews  
Andrea Medici  
Office of General Counsel  
U.S. Environmental Protection Agency  
Ariel Rios Building  
1200 Pennsylvania Avenue, N.W.  
Washington, D.C. 20460  

Environmental Defense Section  
U.S. Department of Justice  
P.O. Box 23986  
Washington, D.C. 20026-3986  
Telephone: (202) 305-0851  
E-mail: jessica.odonnell@usdoj.gov  

Street address:  
601 D Street, NW, Suite 8000  
Washington, D.C. 20004  

*Attorneys for Defendant*

Dated: August 10, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
ARIZONA MINING ASSOCIATION,         )
NEW MEXICO MINING ASSOCIATION,      )
and PHELPS DODGE BAGDAD, INC.       )
                                    )
    Plaintiffs,                    )
                                    )
    v.                             )   Civ. No. 1:07-cv-01054 (RBW)
                                    )
STEPHEN L. JOHNSON, Administrator,  )
United States Environmental Protection Agency, )
and UNITED STATES ENVIRONMENTAL     )
PROTECTION AGENCY,                  )
                                    )
    Defendants.                    )
_____)

**[PROPOSED] ORDER GRANTING DEFENDANTS' CONSENT
MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT**

Upon consideration of Defendants' Consent Motion to Extend Time to Respond to the Complaint, and finding that good cause exists to grant the Motion:

Defendants' Consent Motion to Extend Time to Answer is hereby GRANTED, and it is ORDERED that Defendants' response to Plaintiffs' Complaint must be served on or before September 19, 2007.

    SO ORDERED.

                                                             _____
                                                             United States District Judge

Dated: