CO-386-online
10/03

# United States District Court
# For the District of Columbia

Arizona Mining Association )
)
)
)
vs   Plaintiff )   Civil Action No. __07-01054 (RBW)__
)
Stephen L. Johnson )
)
)
Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Phelps Dodge Bagdad, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Phelps Dodge Bagdad, Inc.__ which have any outstanding securities in the hands of the public:

Freeport-McMoRan Copper & Gold Inc.

Metal Fabricators of Zambia Limited

Sociedad Minera Cerro Verde S.A.A.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

__332338__
BAR IDENTIFICATION NO.

__Thomas Sayre Llewellyn__
Print Name

__5125 MacArthur Blvd., NW  Suite 32-A__
Address

__Washington, DC__    __20016__
City        State        Zip Code

__202-237-7291__
Phone Number