IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ARIZONA MINING ASSOCIATION, *et al.*,   )<br>   )<br>Plaintiffs,   )<br>   )<br>v.   )<br>   )<br>STEPHEN L. JOHNSON, *et al.*,   )<br>   )<br>Defendants.   )<br>   ) | Civil Action No. 07-1054 (RBW) |

**NOTICE OF CHANGE OF ADDRESS**

To the Clerk of this Court and all parties of record:

Please take notice that the undersigned counsel of record for plaintiffs Arizona Mining Association, *et al.*, has changed his mailing address and telephone numbers to the following, effective immediately:

Thomas Sayre Llewellyn
LAW OFFICE OF THOMAS SAYRE LLEWELLYN
1215 17th Street, NW
Suite 101
Washington, DC  20036

Telephone:  202-223-0404
Facsimile:  202-223-9696

Said counsel's e-mail address has not changed.

/s/
_____
Dated:  July 8, 2008          Thomas Sayre Llewellyn (D.C. Bar No. 332338)